7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *In Re:* Kevin Allen Thompson and Dawn Lea Thompson<br>**Debtor** | *Bankruptcy Case No.*<br>07–40277–drd7 |
| **Gary D. Barnes**<br>    Plaintiff(s) | *Adversary Case No.*<br>13–04035–drd |
| v. | |
| **Dawn Lee Thompson**<br>**Kevin Allen Thompson**<br>**Paula Ann Fein–Falscroft**<br>    Defendant(s) | |

## JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Dennis R. Dow , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: that the Sale Proceeds are property of this bankruptcy estate and pursuant to 11 U.S.C. § 542, Defendant Dawn Lea Thompson is ordered to turnover and deliver to the Trustee, and account for the Sale Proceeds within 14 days after entry of this Order.

IT IS THEREFORE BY THE COURT ORDERED that pursuant to 11 U.S.C. § 550, the Trustee is entitled to recovery the value thereof of not less than $121,171.00 from Defendant Dawn Lea Thompson.

IT IS THEREFORE BY THE COURT ORDERED that pursuant to 11 U.S.C. § 727(d)(2), Defendant Dawn Lea Thompsons discharge is hereby revoked.

IT IS THEREFORE BY THE COURT FURTHER ORDERED that Defendant Dawn Lea Thompson is assessed the filing fee costs in the sum of $293.00. Defendant Dawn Lea Thompson is assessed fees and expenses of Plaintiffs counsel, to be proven by affidavit pursuant to a subsequent motion to recover fees and expenses.

   The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Kim McClanahan
    Deputy Clerk



Date of issuance: 1/13/14

Court to serve