7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *In Re:*  Kevin Allen Thompson and Dawn Lea Thompson<br>*Debtor* | *Bankruptcy Case No.*<br>07–40277–drd7 |
| **Gary D. Barnes**<br>    Plaintiff(s) | *Adversary Case No.*<br>13–04035–drd |
| v. | |
| **Dawn Lee Thompson**<br>**Kevin Allen Thompson**<br>**Paula Ann Fein–Falscroft**<br>    Defendant(s) | |

## JUDGMENT

   The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Thompson is ordered to turnover and deliver to the Trustee, and account for the Sale Proceeds within 14 days after entry of this Order.

IT IS THEREFORE BY THE COURT ORDERED that pursuant to 11 U.S.C. § 550, the Trustee is entitled to recovery the value thereof of not less than $121,171.00 from Defendant Dawn Lea Thompson.

IT IS THEREFORE BY THE COURT ORDERED that pursuant to 11 U.S.C. § 727(d)(2), Defendant Dawn Lea Thompson's discharge is hereby revoked.

IT IS THEREFORE BY THE COURT FURTHER ORDERED that Defendant Dawn Lea Thompson is assessed the filing fee costs in the sum of $293.00. Defendant Dawn Lea Thompson is assessed fees and expenses of Plaintiffs counsel, to be proven by affidavit pursuant to a subsequent motion to recover fees and expenses.

Ann Thompson
Court Executive

By: /s/ Kim McClanahan
      Deputy Clerk



Date of issuance: 1/13/14

Court to serve